UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-cr-00419-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNEST L.C. ROBISON,

Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On April 7, 2010, Defendant filed a motion for early termination of supervised release (docket #1128). Accordingly, the United States Probation Department is ordered to file a response not later than **Monday, April 19, 2010.**

     Dated: April 12, 2010